Filed by ____ D.D. D.C.

Feb 14, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-60047-CR-DIMITROULEAS/SNOW
CASE NO. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

WAYNE GRIFFIES,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about February 1, 2017, in Broward County, in the Southern District of Florida, the defendant,

**WAYNE GRIFFIES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that the violation involved fifty (50) grams or more of methamphetamine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the count alleged in this Indictment, the defendant, **WAYNE GRIFFIES,** shall forfeit to the United States, pursuant to the provisions of Title 21, United States Code, Section 853, any property constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation, and any property of the defendant's used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL

_____
FOREPERSON

_Thomas J. Mulvihill for_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WAYNE GRIFFIES,
                    Defendant.      /

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division**: (Select One)

Miami ___    Key West ___
FTL __X__   WPB ___    FTP ___

New Defendant(s)  ___ Yes  ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __No__
   List language and/or dialect    _____

4. This case will take    __2__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)
   I    0 to 5 days       __X__            Petty     ___
   II   6 to 10 days      ___              Minor     ___
   III  11 to 20 days     ___              Misdem.   ___
   IV   21 to 60 days     ___              Felony    __X__
   V    61 days and over  ___

6. Has this case been previously filed in this District Court?   ___ (Yes or No)
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   __YES__ (Yes or No)
   If yes:
   Magistrate Case No.    17-6046-BSS
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of    2/1/2017
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of    _____

   Is this a potential death penalty case?   __No__ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  __X__ No

_____
FRANCIS VIAMONTES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A0605514

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**WAYNE GRIFFIES**</u>         **Case No:** _____

Count: 1

<u>Possession with Intent to Distribute a Controlled Substance (Methamphetamine)</u>

<u>Title 21, United States Code, Section 841(a)(1)</u>

\*__Max. Penalty:__ Life imprisonment with a mandatory minimum term of ten (10) years; $10,000,000 fine; a life term of supervised release with a minimum term of five (5) years of supervised release.

Count:

_____

_____

**\*Max. Penalty:** _____

Count:

_____

_____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.